# Court of Appeals
# of the State of Georgia

ATLANTA, February 13, 2013

*The Court of Appeals hereby passes the following order:*

**A13A1095.  TONY L. WARE v. GEORGE F. HUTCHINSON, III.**

After the Magistrate Court of Gwinnett County entered a default judgment in the underlying dispossessory proceeding and issued a writ of possession, Tony L. Ware, pro se, and on behalf of "all others," petitioned for certiorari to the superior court.  By order entered June 28, 2012, the superior court dismissed Ware's petition, and therein also denied Ware's motions filed in connection with the petition. Ware seeks to appeal this ruling.

Under OCGA § 5-6-35 (a) (1), "[a]ppeals from the decisions of the superior courts reviewing decisions of . . . lower courts by certiorari or de novo proceedings" require compliance with the discretionary appeal procedure.  See *Consolidated Government of Columbus v. Barwick*,  274 Ga. 176, 177 (1) (549 SE2d 73) (2001). Such compliance is required even where the superior court dismisses the certiorari petition.  See *Brewer v. Bd. of Zoning Adjustment of Atlanta*, 170 Ga. App. 351 (317 SE2d 327) (1984).  In view of Ware's failure to follow the discretionary appeal procedure, this appeal is hereby DISMISSED.  See id.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta, 02/13/2013
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

, *Clerk.*